IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| United States of America, | ) | C/A No. 3:20-1438-JMC-PJG |
| Plaintiff, | ) | |
| v. | ) | |
| 2019 Dodge Challenger Coupe; Daquan Tyreek Funchess-Johnson, | ) | **ORDER** |
| Defendant, | ) | |
| Samuel L. Funchess, | ) | |
| Claimant. | ) | |

The United States filed a Complaint in this civil forfeiture action on April 15, 2020. (ECF No. 1.) Claimant Samuel L. Funchess, proceeding without counsel, filed a claim asserting an ownership interest in the subject property. (ECF No. 7.)

The United States now moves to strike Funchess's claim due to Funchess's failure to file an answer. (ECF No. 20.) Rule G(5)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Forfeiture Actions requires a claimant to serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within twenty-one days after filing a claim. In light of Funchess's *pro se* status, the court directs him to file an answer within **fourteen (14) days** from the date this order is entered (plus three days for mail time). Funchess is warned that failure to file an answer may result in his claim being struck pursuant to Rule G(8).

**IT IS SO ORDERED**.

July 6, 2020
Columbia, South Carolina

Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE